**NOT FOR PUBLICATION IN WEST'S HAWAI'I REPORTS AND PACIFIC REPORTER**

NO. 30336

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

STATE OF HAWAI'I, Plaintiff-Appellee,

v.

MATTHEW PATTIOAY,
aka Matthew J.S. Pattioay,, Matthew J. Pattioay,
Defendant-Appellant

APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT
(CR. NO. 08-1-2014)

ORDER GRANTING DEFENDANT-APPELLANT'S MOTION TO DISMISS APPEAL
(By: Nakamura, C.J., Foley and Leonard, JJ.)

Upon consideration of Defendant-Appellant's Motion to Dismiss Appeal, the papers in support, and the records and files herein, it appears that: (1) Appellant does not want to continue this appeal; and (2) Appellant's declaration in support demonstrates that he understands the consequences of dismissing the appeal. Therefore,

IT IS HEREBY ORDERED that Defendant-Appellant's Motion to Dismiss Appeal is granted, and this appeal is dismissed.

DATED: Honolulu, Hawai'i, April 22, 2010.

Chief Judge

Associate Judge

Associate Judge